No. 87–1791. NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN v. MELLON BANK. C. A. 3d Cir. Certiorari denied.

No. 87–1797. JORDAN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 87–1804. TRI-BIO LABORATORIES, INC. v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–1807. DIAZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–1808. TERCO, INC. v. FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 87–1835. CALIFORNIA ENERGY RESOURCES CONSERVATION AND DEVELOPMENT COMMISSION v. BONNEVILLE POWER ADMINISTRATION ET AL.; and
No. 87–1836. CALIFORNIA PUBLIC UTILITIES COMMISSION v. BONNEVILLE POWER ADMINISTRATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–1838. MEDRANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–1845. CHAISSON v. RUTLAND. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 87–1847. ARONSON, A MINOR, BY ARONSON, HER MOTHER v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 87–1852. LOPEZ v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 87–1858. WISNIEWSKI v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 87–1867. TURNER ET AL. v. MCMAHON, DIRECTOR, DEPARTMENT OF SOCIAL SERVICES OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–1870. ESTATE OF O'LEARY ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.